IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 APR 12 PM 4: 01
DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-17CR-026-0 |
| SHANNON SHAROME PRUITT | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about February 27, 2017, in the Abilene Division of the Northern District of Texas, and elsewhere, **Shannon Sharome Pruitt**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms and ammunition, in and affecting interstate and foreign commerce, to wit: a 9mm Taurus semi-automatic pistol, Model PT 111 G2, serial TJS14487, with 12 rounds of 9mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of Count One and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Shannon Sharome Pruitt** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a 9mm Taurus semi-automatic pistol, Model PT 111 G2, serial number TJS14487, with 12 rounds of 9mm ammunition.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:   325-673-3139
E-Mail:      Juanita.Fielden@usdoj.gov

Case 1:17-cr-00026-O-BL   Document 1   Filed 04/12/17   Page 3 of 3   PageID 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

SHANNON SHAROME PRUITT

INDICTMENT

CONVICTED FELON IN POSSESSION OF A FIREARM AND AMMUNITION
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

(1 COUNT + FORFEITURE NOTICE)

A true bill rendered:

Lubbock                                                         _____ Foreperson

Filed in open court this 12th day of April, 2017.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE